UNITED STATES of America, Appellant, v. MINNEAPOLIS STREET RAILWAY CO.

No. 10411.

Circuit Court of Appeals, Eighth Circuit.
Aug. 19, 1935.

George F. Sullivan, U. S. Atty., and George A. Heisey, Asst. U. S. Atty., both of St. Paul, Minn.

Junell, Driscoll, Fletcher, Dorsey & Barker, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on agreement of counsel for dismissal.